DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SOHO OCEAN RESORT TRS, LLC,**
Appellant,

v.

**PG SECURITY, INC.,**
Appellee.

No. 4D2023-1680

[June 26, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Martin J. Bidwill, Judge; L.T. Case No. CACE19021838.

Thomas A. Valdez and Megan G. Colter of Quintairos, Prieto, Wood & Boyer, P.A., Tampa, and Hector R. Rivera of Quintairos, Prieto, Wood & Boyer, P.A., Miami, for appellant.

Peter Ticktin and Ryan Fojo of the Ticktin Law Group, Deerfield Beach, for appellee.

PER CURIAM.

*Affirmed. See Van D. Costas, Inc. v. Rosenberg*, 432 So. 2d 656, 658 (Fla. 2d DCA 1983) ("In order for an agent to avoid personal liability on a contract negotiated in his principal's behalf, he must disclose not only that he is an agent but also the identity of his principal . . . . It is not the third person's duty to seek out the identity of the principal; rather, the duty to disclose the identity of the principal is on the agent. The disclosure of an agency is not complete for the purpose of relieving the agent from personal liability unless it embraces the name of the principal . . . . Furthermore, the use of a tradename is not necessarily a sufficient disclosure of the identity of the principal and the fact of agency so as to protect the agent against personal liability.") (quoting 3 Am. Jur. 2d *Agency* § 320 (1962)).

KLINGENSMITH, C.J., GROSS and FORST, JJ., concur.

\*          \*          \*

*Not final until disposition of timely filed motion for rehearing.*